IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARJAM SUPPLY CO.                          :        CIVIL ACTION
                                           :
                v.                         :
                                           :
BCT WALLS & CEILINGS, INC., et al.         :        NO.  02-2890

## ORDER

AND NOW, this 17TH day of October, 2002, it is **ORDERED** that the final pretrial conference

previously noticed for January 21, 2003, will be held **JANUARY 22, 2003** at **3:00 p.m.**  Oral argument

will be held on any outstanding motions at that time.  The case will be placed in the jury trial pool on

January 23, 2003.  All other provisions of this court's Order of September 25, 2002, remain unchanged.

ATTEST:                          or        BY THE COURT:


_____            /s/ Norma L. Shapiro, J._____
Madeline F. Ward, Deputy Clerk              Norma L. Shapiro, J.