IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARJAM SUPPLY CO. | : | CIVIL ACTION |
| v. | : | |
| BCT WALLS & CEILINGS, INC., et al. | : | NO. 02-2890 |

## **ORDER**

AND NOW, this _____ day of December, 2002, it appearing that by letter of November 14, 2002, counsel for plaintiff submitted plaintiff's final pretrial memorandum to Chambers rather than filing it of record it is **ORDERED** that said final pretrial memorandum is filed of record herewith *nunc pro tunc* as of November 25, 2002, the date it was due to be filed.

_____
S.J.