IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARJAM SUPPLY CO. | : | CIVIL ACTION |
| v. | : | |
| BCT WALLS & CEILINGS, INC., et al. | : | NO. 02-2890 |

### ORDER

AND NOW, this 17TH day of January, 2003, it is **ORDERED** that this court's Order of October 17, 2002, is **AMENDED** as follows: The case will be placed in the NON-jury trial pool on January 23, 2003. In all other respects the Order of October 17, 2002, remains unchanged.

ATTEST:                                                    or      BY THE COURT:

                                                                   /s/ Norma L. Shapiro, J.
Madeline F. Ward, Deputy Clerk                      Norma L. Shapiro, J.