```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARJAM SUPPLY CO.                 :    CIVIL ACTION
                                  :
                                  :
         v.                       :
                                  :
BCT WALLS & CEILINGS,INC.,et al.: NO. 02-2890
```

**O R D E R**

       AND NOW, this 28th day of January, 2003, IT IS ORDERED that a settlement conference in the above-captioned case will be held on February 28, 2003, at 10:00 a.m. in Room 3030, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

       The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date.  Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

       The parties are to be present or available by telephone.


                                          BY THE COURT:


                                          M. FAITH ANGELL
                                          UNITED STATES MAGISTRATE JUDGE


**1/28/2003 by Fax:**
cc: Robert Cherwony, Esq.         215-732-3468
cc: Francis Sullivan, Esq.        215-579-9248