IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARJAM SUPPLY CO. | : | CIVIL ACTION |
| v. | : | |
| BCT WALLS & CEILINGS, INC., et al. | : | NO. 02-2890 |

## NOTICE

AND NOW, this 27th day of February, 2003, please note that the **Settlement Conference** concerning the above-captioned action which was scheduled for February 28, 2003, will now be held on **March 6, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
Leslie F. Stott, Esquire, Law Clerk to the
Honorable M. Faith Angell