IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARJAM SUPPLY CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BCT WALLS & CEILINGS, INC. | : | NO. 02-2890 |
| BERNARD C. TORDA, JR. | : | |

**ORDER**

AND NOW, this 6th day of March, 2003, as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE