IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Anne Fuhrman | Madeline Ward |
|---|---|
| Court Reporter | Deputy Clerk |

MARJAM SUPPLY CO.          :   Robert E. Cherwony, Esq.
                           :
          v.               :   CIVIL ACTION NO. 02-2890
                           :
B.C.T. WALLS & CEILINGS, INC., et al.   :   Francis J. Sullivan, Esq.

**MINUTES**

BEFORE JUDGE NORMA L. SHAPIRO            DATE: 3/31/03   TIME: 11:30 A.M.

CIVIL NON-JURY TRIAL - DAY 1

**PROCEEDING**

Statement by the court
Opening argument by counsel for plaintiff
Opening argument by counsel for defendants
Plaintiff's case begins
Gariel Iosefson, sworn
Brian Kimmins, sworn

       Court adjourned at 4:15 p.m.  To reconvene

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.

  SPEEDY TRIAL ACT DELAY CODE ( )    [  ] The court deems this case "UNTRIABLE."

Civ. 16 (8/80)