IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Anne Fuhrman | Madeline Ward |
|---|---|
| Court Reporter | Deputy Clerk |

MARJAM SUPPLY CO.                    :   Robert E. Cherwony, Esq.
                                     :
            v.                       :   CIVIL ACTION NO. 02-2890
                                     :
B.C.T. WALLS & CEILINGS, INC., et al. :  Francis J. Sullivan, Esq.

**MINUTES**

BEFORE JUDGE NORMA L. SHAPIRO            DATE: 4/1/03   TIME: 9:45 A.M.

CIVIL NON-JURY TRIAL - DAY 2
**PROCEEDING**

Statement by the court
Statement by counsel for plaintiff
Statement by counsel for defendant
Plaintiff's case resumes
Robert Applebaum, sworn
Donald Poat, sworn
Plaintiff rests
No motion for directed verdict presented by counsel for defendant
Defense begins
Dennis Gentilin, sworn
Don Young, sworn
Ross Potak, sworn

Court adjourned at 4:30 p.m.   To reconvene   4/ 2/03 at 9:30 a.m.

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.

SPEEDY TRIAL ACT DELAY CODE ( )     [   ] The court deems this case "UNTRIABLE."

Civ. 16 (8/80)