IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Anne Fuhrman | Madeline Ward |
|---|---|
| Court Reporter | Deputy Clerk |

| MARJAM SUPPLY CO. | : | Robert E. Cherwony, Esq. |
| | : | |
| v. | : | CIVIL ACTION NO. 02-2890 |
| | : | |
| B.C.T. WALLS & CEILINGS, INC., et al. | : | Francis J. Sullivan, Esq. |

**MINUTES**

BEFORE JUDGE NORMA L. SHAPIRO            DATE: 4/2/03   TIME: 9:45 A.M.

CIVIL NON-JURY TRIAL - DAY 3
**PROCEEDING**

Statement by the court
Statement by counsel for plaintiff
Statement by counsel for defendant
<u>Defense resumes</u>
Jacob (Gus) Gicker, sworn
John T. Lee, sworn
Bernard Torta, sworn
<u>Defense rests</u>
No motion for directed verdict presented by defendant
No rebuttal case presented by plaintiff
Court inquires of counsel the length of time needed for closing
Statement by counsel for plaintiff
Statement by counsel for defendant
Court directs counsel to return on 4/4 at 3:00 p.m.

Court adjourned at 5:00 p.m.   To reconvene    4/ 4/03 at 3:00 p.m.

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.

SPEEDY TRIAL ACT DELAY CODE ( )    [ ] The court deems this case "UNTRIABLE."

Civ. 16 (8/80)