IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Anne Fuhrman | Madeline Ward |
|---|---|
| Court Reporter | Deputy Clerk |

MARJAM SUPPLY CO.                   :   Robert E. Cherwony, Esq.
                                    :
         v.                         :   CIVIL ACTION NO. 02-2890
                                    :
B.C.T. WALLS & CEILINGS, INC., et al. : Francis J. Sullivan, Esq.

**MINUTES**

BEFORE JUDGE NORMA L. SHAPIRO          DATE: 4/4/03   TIME: 3:00 P.M.

CIVIL NON-JURY TRIAL - DAY 4

**PROCEEDING**

Statement by the court
Closing argument by counsel for plaintiff
Closing argument by counsel for defendant
Rebuttal argument by counsel for plaintiff
Court takes matter under advisement

Court adjourned at 4:30 p.m.  To reconvene

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.

  SPEEDY TRIAL ACT DELAY CODE ( )    [   ] The court deems this case "UNTRIABLE."

Civ. 16 (8/80)