IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARJAM SUPPLY CO.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BCT WALLS & CEILINGS, INC.** | : | |
| **AND BERNARD C. TORDA, JR.** | : | NO. 02-CV-2890 |

### JUDGMENT ORDER

     AND NOW, this ___ day of June, 2003, following a non-jury trial conducted on March 31, April 1, April 2 and April 4, 2003, and for the reasons stated in the accompanying findings of fact and conclusions of law, it is **ORDERED** that:

    1.  Judgment is **ENTERED** in favor of Marjam Supply Company against BCT Walls & Ceilings, Inc. and Bernard Torda in the amount of $195,159.01.

    2.  Judgment is **ENTERED** in favor of Marjam Supply Company against Bernard Torda for attorneys' fees and prejudgment interest in the amount of $58,927.15.

    3.  Judgment is **ENTERED** in favor of BCT Walls & Ceilings, Inc. against Marjam Supply Company in the amount of $81,106.40.

 

                                                  Norma L. Shapiro, S.J.