IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJAM SUPPLY CO.<br>885 Conklin Street<br>Farmingdale, NY 11735<br>　　　　Plaintiff | :<br><br><br>:　NO. 02-CV-2890 |
| vs. | |
| BCT WALLS & CEILINGS, INC.  AND<br>BERNARD C.  TORDA, JR.<br>2578 Maple Avenue<br>Feasterville, PA 19053<br>　　　　Defendant | :<br><br><br><br>: |

## NOTICE OF APPEAL

Notice is hereby given that BCT Walls & Ceilings, Inc. and Bernard C. Torda, Jr., Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on the 20th day of August, 2003, denying Defendants' Motion for a New Trial or, Alternatively, For An Amendment of the Court's Findings of Fact, Conclusions of Law and Judgment; and from the Judgment Order entered in this action on the 26th day of June, 2003, ordering that Judgment be entered in favor of Plaintiff and against Defendants in the amount of $195,195.01, further ordering that Judgment be entered in favor of Plaintiff and against Defendant, Bernard C. Torda, Jr., for attorneys fees and pre-judgment interest in the amount of $58,927.15.

　　　　　　　　　　　　　　　　　　　　　　　　　SULLIVAN & SULLIVAN


　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Francis J. Sullivan, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　　　BCT Walls & Ceilings, Inc. and
　　　　　　　　　　　　　　　　　　　　　　　Bernard C. Torda, Jr.
　　　　　　　　　　　　　　　　　　　　　　　403 Executive Drive
　　　　　　　　　　　　　　　　　　　　　　　Langhorne, PA 19047