**SULLIVAN & SULLIVAN, P.C.**
**Francis J. Sullivan, Esq.**
**Attorney for**
**ID No. 15911**
**403 Executive Drive**
**Langhorne, PA 19047**
**(215) 579-7700**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJAM SUPPLY CO.<br>885 Conklin Street<br>Farmingdale, NY 11735<br>        Plaintiff | : CIVIL ACTION<br><br>:<br>: NO. 02-CV-2890 |
| vs. | |
| BCT WALLS & CEILINGS, INC. AND<br>BERNARD C. TORDA, JR.<br>2578 Maple Avenue<br>Feasterville, PA 19053<br>        Defendant | :<br><br>:<br><br>: |

**CERTIFICATE OF SERVICE**

Francis J. Sullivan, Esq., Attorney for Defendants, BCT Walls & Ceilings, Inc. and Bernard C. Torda, Jr., does hereby certify that he did serve Defendants' Notice of Appeal, by first class mail, postage prepaid, upon the following:

> Robert E. Cherwony, Esq.
> Kraft & Kraft PC
> 1311 Spruce Street
> Philadelphia, PA 19107

DATE:_____     _____
                                                            Francis J. Sullivan, Esq.
                                                            Attorney for Defendants